UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDS FOR FREEDOM,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF DEFENSE,<br><br>    Defendant. | Civil Action No. 23-3607 (TJK) |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Department of Defense, by and through the undersigned counsel, respectfully moves to extend its deadline to move for summary judgment by one day, i.e., until May 29, 2024. Pursuant to Local Civil Rule 7(m), the undersigned reached out to counsel for Plaintiff over 24 hours ago, but has not received a response as of the time of this filing—unsurprisingly and reasonably, given the Memorial Day holiday.

Good cause exists to grant the requested extension. Defendant's motion is drafted, but in light of the Memorial Day holiday and other pressing matters requiring the attention of supervisory officials within the U.S. Attorney's Office, a one-day extension would facilitate full supervisory review of the Department's motion prior to its filing. A proposed order is attached.

\*       \*       \*

Dated:  May 28, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ _____
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDS FOR FREEDOM,

     Plaintiff,

    v.

DEPARTMENT OF DEFENSE,

     Defendant.

Civil Action No. 23-3607 (TJK)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for extension of time, and for good cause shown, it is hereby

ORDERED that Defendant's motion is GRANTED;

ORDERED that Defendants shall file any motion for summary judgment by May 28, 2024.

SO ORDERED.

Dated

TIMOTHY J. KELLY
United States District Judge