**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDS FOR FREEDOM )<br><br>    *Plaintiff,* )<br><br>v.                                )<br><br>DEPARTMENT OF DEFENSE,       ) | Civil Action No.: 23-3607 (TJK)<br><br>PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Date: June 17, 2024 |

## PLAINTIFFS' RESPONSE TO DEFENDANTS

COMES NOW Plaintiffs Feds for Freedom, by and through its attorney, pursuant to Fed.

R. Civ. P. 6(b)(1)(B), and respond to Defendant's Motion for Summary Judgment.

## BACKGROUND

Plaintiff Feds for Freedom submitted a request under the Freedom of Information Act

over a year ago, on March 10, 2023.

The request entailed the following:

Request for all communications to/from or carbon copying (cc) or blind carbon copying (BCC) David Soldow related to COVID-19 and Operation Warp Speed […] The definition of "documents, documentation, and communication" throughout this FOIA request includes emails (active and deleted), cables, policy, regulations, electronic communications, notes, messages exchanged between chat applications, calendar entries, and/or phone transcripts, in full or part, that can illustrate and provide details to the requested information detailed herein. I am seeking all communications related to Operation Warp Speed (OWS), companies contracted to work with DOD and other government elements on OWS, like Advanced Technology International, vaccine development, mRNA vaccine technology, Pfizer, Moderna, Johnson & Johnson or Jansen. It includes any details related to Astrazeneca, BioNtech, or any other vaccine for COVID-19. This includes any commercial contracts and/or DOD contracts made between the federal government and companies involved in OWS. Search terms should include but should not be limited to: Operation Warp Speed Contracts Anthony Fauci Rochelle P. Walensky Robert R. Redfield Vivek Murthy Francis Collins Lawrence

1

Tabak Hugh Auchinncloss Jen Easterly Nina Jankowitz Katy Kale DHS CISA Advanced Technology International Vaccine mRNA Pfizer Moderna Johnson & Johnson Jansen david.soldow@gmail.com Testing Masking Contract authority Disinformation Misinformation Global Engagement Center Safer Federal Workforce Taskforce Facebook Reddit Microsoft Verizon Media Pinterest LinkedIn Wikimedia Foundation CISA Cyber security Advisory Committee Justice Department National Security Division Religious Accommodation Medical Accommodation.

After DOD refused to produce any results, Plaintiff filed this complaint on December 4, 2023. DOD requested that Plaintiff narrow its search terms, and Plaintiff declined to do so.

## LEGAL STANDARD

Summary judgment is proper if "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). "FOIA cases typically and appropriately are decided on motions for summary judgment." *Coss v. Dep't of Just.*, 133 F. Supp. 3d 1, 4 (D.D.C. 2015). Although an agency may rely on reasonably detailed and non-conclusory declarations to meet this burden, *McGehee v. CIA*, 697 F.2d 1095, 1102 (D.C. Cir. 1983), aff'd in relevant part, 711 F.2d 1076 (D.C. Cir. 1983), "exemptions from disclosure must be narrowly construed . . . and conclusory and generalized allegations of exemptions are unacceptable." *Competitive Enter. Inst. v. Dep't of Treasury*, 319 F. Supp. 3d 410, 416 (D.D.C. 2018)(citing *Morley v. CIA*, 508 F.3d 1108, 1114-15, 378 U.S. App. D.C. 411 (D.C. Cir. 2007).

## ARGUMENT

Defendant argues that Plaintiff's request of the documents that passed through a single Department official's possession relating to a single operation over a period of about two years is unduly burdensome. For this Court accept this argument would render the Freedom of Information Act null and void.

Defendant first re-casts Plaintiff's that requested a single official's communications as a request for an entire office's communications, stating that the Plaintiff's request "is essentially a request for all communications to or from the Office of the Secretary of Defense."

This is inaccurate. Returning to the request, it is a request for all communications to and from a single one of the 2.8 million people work for the Department of Defense related to a single operation: Operation Warp Speed.

Defendant complains that a preliminary search in response to Plaintiff's request yielded 1.2 Gigabytes worth of information. To provide context for this assertion, the popular email software program Gmail allows a person to send up to 25 megabytes' worth of information in a single email.[1] A V7 flash drive capable of holding 2 Gigabytes of information sells on Amazon.com for $2.13.[2] The notion that five emails' worth of information capable of fitting on a three-dollar flash drive is too much for the Department of Defense to produce is not plausible.

Tne Department estimates that the search would produce 26,000 pages worth of information. In recent memory the Federal Bureau of Investigation this number of documents when investigating emails between a single general and a single private citizen. Craig Whitlock and Rajiv Chandrasekaran, *Scandal probe ensnares commander of U.S., NATO troops in Afghanistan*, THE WASHINGTON POST, (November 13, 2021) at https://www.washingtonpost.com/world/national-security/scandal-probe-ensnares-commander-of-us-nato-troops-in-

---

[1] Gmail Help Center at
https://support.google.com/mail/answer/6584?hl=en&co=GENIE.Platform%3DDesktop#zippy=%2Cattachment-size-limit
[2] https://www.amazon.com/V7-Flash-Drive-Retractable-Connector/dp/B01E3LLBUY/ref=sr_1_4?dib=eyJ2IjoiMSJ9.YgPTDGuqrO9TFegdkRzSrjn5Z4vVdjCQCrB_xAet-dhzjKJLu9nmGstb-7B9_wTpEDqKdPT-GfDiPSPxDpy25JUCypN45mbAQXuM0S-TGfHAnCb0QzaK-bgHqYgagjvyJ-eqoiHbaxME5D4alVuEyc_xtgxX_3T9bW1Llr0bzsFgpBfgABfG1y5IZtpUwSlaXsOBb5oW-Bvfd5W3voi7nU5Fy7E-I7QCtV7_OGaL7KE.pBkiUoyZ6AhbxA8G2R0Vy_peng1fAgDQDg9G-qEhyTo&dib_tag=se&hvadid=630897886972&hvdev=c&hvlocphy=9008257&hvnetw=g&hvqmt=e&hvrand=9745549313374046616&hvtargid=kwd-298157475522&hydadcr=24634_13626630&keywords=2gb%2Busb%2Bflash%2Bdrives&qid=1718679230&sr=8-4&th=1.

afghanistan/2012/11/13/a2a27232-2d7d-11e2-a99d-5c4203af7b7a_story.html.("According to a senior U.S. defense official, the FBI has uncovered between 20,000 and 30,000 pages of documents — most of them e-mails — that contain 'potentially inappropriate' communication between Allen and Jill Kelley[.]"). The number of pages is common for issues of this kind.

Furthermore, the notion that each page would take an average of 15 minutes to review is inflated. Many of these pages are likely to consist of addresses and subject lines with no substantive material at all. Others are likely to be duplicates. Fifteen minutes is likely to be the outer limit expended on any single page, and likely to be an outer limit reached only rarely.

In a recent case in the Northern District of Texas also involving COVID-19 and issues related to Operation Warp Speed, a District Court ordered the Food and Drug Administration to produce 12,000 pages or more within 25 days and 55,000 pages every 30 days. *Pub. Health & Med. Pros. for Transparency v. FDA*, No. 4:21-cv-1058-P, 2022 U.S. Dist. LEXIS 5621, at *4 (N.D. Tex. Jan. 6, 2022). In doing so, the Court found that this rate of production was "not only practicable, but necessary," and that the production rate "appropriately balances the need for unprecedented urgency in processing [the] request with FDA's concerns regarding the burdens of production." *Id* at 3-4.

FDA employs 18,000 people and has an annual budget of $6.5 billion,[3] compared to DoD's 2.8 billion people and $849.8 billion.[4]

### CONCLUSION

---

[3] Aaron Siri, *Why a Judge Ordered FDA to Release Covid-19 Vaccine Data Pronto*, BLOOMBERGLAW. COM (January 18, 2022) at https://news.bloomberglaw.com/health-law-and-business/why-a-judge-ordered-fda-to-release-covid-19-vaccine-data-pronto.
[4] *Department of Defense Releases the President's Fiscal Year 2025 Defense Budget*, U.S. DEPARTMENT OF DEFENSE, (March 11, 2024) at https://www.defense.gov/News/Releases/Release/Article/3703410/department-of-defense-releases-the-presidents-fiscal-year-2025-defense-budget/.

Plaintiff's request is not unduly burdensome. At the very worst, it would yield a thumb drive or two's worth of information and a number of pages that are unremarkable in the context of any workaday corporate litigation or government investigation. Summary judgment in favor of Defendants is inappropriate in this context; this Court should instead order the production of the documents that Plaintiffs requested.

Dated: June 17, 2024

Respectfully Submitted,

/s/ E. Scott Lloyd
E. Scott Lloyd
D.C. Bar # VA174
Lloyd Law Group, PLLC
15 Chester Street
Front Royal, VA 22630
(540) 823-1110
scott@lloydlg.com
*Counsel for Plaintiffs*